# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Sherry Stevens, Kathy L. Fellgren, Dawn Mastra, Samantha Sohmer, Anna Mohr, Erika Alston, Stephen Hawks, Michael Ackerman, Rebecca Chambers, Charles Wiltsie, Marvin Rabbiner, Robert Holm, Mark Chambers, James Ellington, Tara Youngs, | **JUDGMENT IN A CIVIL CASE** |

Plaintiff(s),

v.  Case Number:  16-cv-3352 JNE/BRT

Optum, Inc., OptumRX, Inc.,
Oxford Health Insurance, Inc.,
United HealthCare Services, Inc.,
UnitedHealth Group Inc.,
UnitedHealthCare Insurance Company,
UnitedHealthcare Community Plan, Inc.,
UnitedHealthcare of Alabama, Inc.,
UnitedHealthcare, Inc.,

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion to dismiss [Dkt. No. 67] is GRANTED, as set forth in this Order.

2. Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XVI, and XVIII of the Consolidated Class Action Complaint [Dkt. No. 52] are DISMISSED WITHOUT PREJUDICE.

3. Count XIV, XV, and XVII of the Consolidated Class Action Complaint [Dkt. No. 52] are DISMISSED WITH PREJUDICE.

Date: 12/20/2017

RICHARD D. SLETTEN, CLERK

s/LP Holden
(By)   LP Holden, Deputy Clerk